FILED
OCT - 5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 11-30174-WDS |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANKLIN A. ("AL") BIERI | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The United States of America, by and through its attorney, and the Defendant, by and through himself and his attorney hereby stipulate and agree, as follows:

1. Franklin A. "Al" Bieri was the owner of a demolition and salvage business known as Mississippi River Construction Company with an office in O'Fallon, Illinois. Sometime prior to March, 2010, Bieri arranged to purchase the former Emerson Electric facility on Industrial Drive in Washington Park, Illinois. The Emerson Electric facility consisted of approximately seven buildings located on approximately seven acres (hereinafter "the site"). Bieri intended to salvage the metal from pipes, boilers, wires and other components from the buildings at the site, following which the buildings were to be demolished.

2. Bieri knew that there was a substantial quantity of asbestos in several of the buildings at the site. Bieri hired and directed workers who failed to follow required procedures for the removal and disposal of asbestos. Bieri provided notice that he would demolish two buildings on the site containing asbestos, along with inspection reports regarding those buildings. In reality, Bieri directed workers to demolish more than two buildings, including a building known as the

"boilerhouse", which contained more than the threshold amount of regulated asbestos-containing material, namely thermal insulation. This demolition took place without the required notification to the Illinois Environmental Protection Agency (hereinafter "Illinois EPA").

3. In or about February, 2010, Bieri hired a commercial asbestos inspector and directed him to survey only two of the buildings at the Emerson Electric site for asbestos. The commercial asbestos inspector's report, dated March 19, 2010 (hereinafter "the inspection report"), found asbestos present in approximately 3,500 square feet of floor tile and 600 square feet of wallboard in the two buildings.

4. On or about March 24 and March 26, 2010, Bieri notified the Illinois EPA in writing that, beginning on April 4, 2010, an asbestos contractor would be removing asbestos-containing floor tile and wallboard from two buildings at the site. Bieri provided Illinois EPA with a copy of the inspection report.

5. At Bieri's direction, the asbestos removal contractor removed asbestos-containing floor tiles from several locker rooms in one of the buildings at the site. Bieri also had his own workers at the site removing floor tiles. Bieri's workers failed to follow required procedures such as wetting the floor tile and broken wallboard to limit emissions of asbestos.

6. Bieri also knew that the site's two-story building known as the "boiler house" contained a large amount of suspect asbestos-containing thermal insulation. Bieri asked the approved contractor removing the floor tile in the locker rooms if he would also provide a bid for the removal of thermal insulation from the boiler house. The bid was provided verbally and was based on the assumption that the material contained asbestos and required proper removal procedures. Bieri did not use this contractor to remove thermal insulation from the boilerhouse.

7. At Bieri's direction, workers who were not certified to remove asbestos stripped the asbestos-containing thermal insulation in the Boiler House, failing to follow required procedures such as wetting the insulation to reduce emissions of asbestos and taking debris to the landfill without properly labeling the bags.

8. In April, 2010, a commercial asbestos inspector who had been hired by Bieri took samples of the thermal insulation in the boiler house. The samples taken from pipes and boilers were analyzed and found to contain asbestos in amounts up to 90 percent as determined by polarized light microscopy testing.

9. An inspector for Illinois EPA visited the site on July 22, 2010, and observed that all the buildings at the site had already been demolished, leaving behind a number of debris piles. The inspector sampled thermal insulation and a piece of floor tile from the debris piles, which were analyzed and found to contain asbestos up to 50 percent as determined by polarized light microscopy testing.

SO STIPULATED:

STEPHEN R. WIGGINTON
United States Attorney

_____
Franklin A. "Al" Bieri
Defendant

_____
Kevin F. Burke
Assistant United States Attorney

_____
Christopher P. Threlkeld
Attorney for Defendant

Date: 10/5/11

Date 10.5.11